1  EVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4
   DENNIS MICHAEL NERNEY (CSBN 40989)
5  Assistant United States Attorney

6  450 Golden Gate Avenue, P.O. Box 36055
   San Francisco, California 94102
7  Telephone: (415) 436-6774
   Fax: (415) 436-7234

8  Attorneys for Plaintiff

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,       )
                                   )
14          Plaintiff,             )   No. CR 05-0609 JSW
                                   )
15      v.                         )
                                   )   **PETITION FOR WRIT OF HABEAS**
16 LEONARDO HENDERSON,             )   **CORPUS AD PROSEQUENDUM**
                                   )
17          Defendant.             )
                                   )
18 _____)

19 To the Honorable Joseph C. Spero, United States Magistrate Judge for the United States District

20 Court for the Northern District of California:

21      The United States of America respectfully petitions the Court to issue a Writ of Habeas

22 Corpus Ad Prosequendum for the prisoner LEONARDO HENDERSON. The prisoner is required to

23 appear in the above-referenced matter before this Court. His place of custody and

24 ///

25 ///

26 ///

27 ///

28

WRIT AD PROSEQUENDUM
CR05-0609 JSW

1 | jailor are set forth in the following proposed writ.

2 | DATED: September 23, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

DENNIS MICHAEL NERNEY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/23/05

JOSEPH C. SPERO
United States Magistrate Judge

WRIT AD PROSEQUENDUM
CR05-0609 JSW

2

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To Federico L. Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sheriff of the Santa Rita Jail, 5325 Broder Blvd., Dublin, CA 94568:

### GREETINGS

The prisoner LEONARDO HENDERSON is now in custody in the above-referenced institution. He is further identified by CDC no. V-36052; date of birth 6/16/1975 and CII Number A09255636. He is required to appear on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner in this Court forthwith. You shall bring him before the Magistrate Judge who is on duty when the prisoner is produced. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED: 9-23-05

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR05-0609 JSW                                          3