1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

4 | GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7234

7 | Fax: (415) 436-7044

8 | Attorneys for Plaintiff

9 |                    UNITED STATES DISTRICT COURT

10 |                NORTHERN DISTRICT OF CALIFORNIA

11 |                    SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,          )     No.    CR 05-0609 JSW
                                      )
13 |        Plaintiff,                 )     **STIPULATION AND [PROPOSED]**
                                      )     **ORDER CONTINUING DETENTION**
14 |    v.                             )     **HEARING FROM MAY 17, 2006 TO**
                                      )     **MAY 18, 2006, AND EXCLUDING THE**
15 | LEONARDO HENDERSON,               )     **TIME FROM MAY 11, 2006 THROUGH**
                                      )     **MAY 18, 2006 FROM CALCULATIONS**
16 |        Defendant.                 )     **UNDER THE SPEEDY TRIAL ACT (18**
                                      )     **U.S.C. § 3161)**
17 | _____   )

18 |        On May 11, 2006, the parties appeared before the Honorable Elizabeth D. Laporte,

19 | United States Magistrate Judge, for initial appearance and arraignment of the defendant on the

20 | indictment.  The defendant was personally present.  Assistant Federal Public Defender Geoffrey

21 | Hansen appeared on behalf of the defendant.  The United States was represented by Assistant

22 | United States Attorney James Keller, appearing for Assistant United States Attorney Gregg W.

23 | Lowder.

24 |        The Court set the matter for a detention hearing on May 17, 2006 at 9:30 a.m. before this

25 | Court and set a briefing schedule for the parties for a brief addressing the use of proffers at a

26 | detention hearing.  The briefing schedule included that the defense file by Friday, May 12 and the

27 | government file on Monday, May 15, 2006 at 3:00 p.m.

28 |        The undersigned attorney for the government is scheduled to be on pre-planned, pre-paid

Order re Speedy Trial Exclusion of Time
CR 05-0609 JSW

1   annual leave and will be unavailable on Monday.  To accommodate government counsel, both

2   parties agree on a continued detention hearing date and an amended briefing schedule, and

3   respectively request the Court to order, as follows:

4           1) Detention hearing: reset for Thursday, May 18, 2006 at 9:30 a.m.,

5           2) Briefing schedule: defense to file by Monday, May 15, 2006 at noon; and the

6           government to file Tuesday, May 16, by close of business.

7           In addition, the government is in the process of providing initial discovery and the

8   defense needs time to review that discovery in order to effectively prepare, and both parties need

9   time to prepare their respective briefs for filing.  Also, government counsel will be unavailable

10  on Monday, May 15, 2006.  For those reasons, the parties agree and seek by stipulation to

11  exclude from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, the time from May 11,

12  2006 through May 18, 2006 in order allow reasonable time for effective preparation and for

13  reasons of continuity of government counsel.

14          The parties respectively request the Court enter the following order:

15          Based on the forgoing, the Court orders the detention hearing continued to 9:30 a.m. on

16  Thursday May 18, 2006 and orders the briefing schedule as outlined above.  The Court further

17  finds that, for the above  reasons, including the need for reasonable time to permit effective

18  preparation and for continuity of counsel, the ends of justice served by excluding from

19  calculations the period from May 11, 2006 through May 18, 2006 outweigh the best interests of

20  the public and the defendant in a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C. §

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Order re Speedy Trial Exclusion of Time
CR 05-0609 JSW                              2

1   3161(h)(8)(B)(iv), and orders that the time from May 11, 2006 through May 18, 2006 be

2   excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

3   **SO STIPULATED**:

4   DATED:_____                    _____/S/_____
                                        GEOFFREY HANSEN
5                                       Assistant Federal Public Defender

6
    DATED:___5/11/06___                 _____/S/_____
7                                       GREGG W. LOWDER
                                        Assistant United States Attorney
8
    **IT IS SO ORDERED**.
9

10  DATED:__May 12, 2006 ___            _____

11                                      IT IS SO ORDERED

12                                      Elizabeth D. Laporte

13                                      Judge Elizabeth D. Laporte

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order re Speedy Trial Exclusion of Time
CR 05-0609 JSW                          3