```
KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7044
    Fax: (415) 436-7234

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEONARDO HENDERSON, ) <br> ) <br> Defendant. ) <br> _____ ) | No.   CR 05-0609 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO VACATE BRIEFING SCHEDULE AND TO SET THE JULY 27, 2006 APPEARANCE AS A CHANGE OF PLEA HEARING** |

    On May 25, 2006, the parties appeared before the Honorable Jeffrey S. White, United States District Judge, for initial appearance of the defendant on the indictment in district court. The defendant was personally present and in custody. Assistant Federal Public Defender Geoffrey Hansen appeared on behalf of the defendant. The United States was represented by Assistant United States Attorney Gregg W. Lowder.

    The Court set the matter for July 27, 2006 at 2:30 p.m. for argument on the appeal of the order detaining the defendant pending trial. The Court set a briefing schedule as follows: defense opening brief to be filed June 8; government response to be filed July 6; defense reply to be filed July 13.

    The parties have now agreed to a disposition in this case. The disposition contemplates that the defendant will plead guilty to the indictment and that a term of imprisonment will be

Stip to Vacate Briefing Schedule
CR 05-0609 JSW

imposed. The parties are preparing the plea agreement and will be submitting it to the Court.

The issue of the defendant's detention is mooted by the agreement of the parties to resolve this case. In light of the defendant's anticipated plea of guilty to the indictment on July 27, 2006, the parties join in a stipulation and request for a Court order to vacate the briefing schedule. The parties further request the appearance on July 27, 2006 be vacated as a hearing for arguments on the defendant's appeal of the detention order and set as a hearing for the defendant's change of plea.

**SO STIPULATED**:

DATED:___6/30/06_____          ____/S/_____
                                GEOFFREY HANSEN
                                Assistant Federal Public Defender


DATED:___6/30/06___             ____/S/_____
                                GREGG W. LOWDER
                                Assistant United States Attorney

**IT IS SO ORDERED**.

DATED: June 30, 2006            _____
                                JEFFREY S. WHITE
                                United States District Judge

Stip to Vacate Briefing Schedule
CR 05-0609 JSW                                  2