1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  GREGG W. LOWDER (CSBN 107864)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7234
7     Fax: (415) 436-7044

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,        )    No.   CR 05-0609 JSW
                                    )
13       Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                    )    ORDER EXCLUDING TIME FROM
14    v.                            )    CALCULATIONS UNDER THE
                                    )    SPEEDY TRIAL ACT FROM MAY 25,
15 LEONARDO HENDERSON,              )    2006 THROUGH JULY 27, 2006 FROM
                                    )    CALCULATIONS UNDER THE
16       Defendant.                 )    SPEEDY TRIAL ACT (18 U.S.C. § 3161)
                                    )
17 _____   )

18       On May 25, 2006, the parties appeared before the Honorable Jeffrey S. White, United

19 States District Judge, for initial appearance in district court on the pending indictment. The

20 defendant was personally present. Assistant Federal Public Defender Geoffrey Hansen appeared

21 on behalf of the defendant. The United States was represented by Assistant United States

22 Attorney Gregg W. Lowder.

23       The Court set the matter for a detention hearing appeal on July 27, 2006 at 9:30 a.m. and

24 set a briefing schedule as follows: the defense to file moving papers by June 8; government to

25 file opposition by July 6; and defense to file reply by July 13.

26       The Court ordered time excluded under the Speedy Trial Act due to the parties' need for

27 reasonable time to effectively prepare the case, to include preparation of the motion papers, from

28 May 25 through July 27, 2006; and, additionally, based on the filing and pendency of the motion

Order re Speedy Trial Exclusion of Time
CR 05-0609 JSW

1 | through its hearing, from June 8 through July 27, 2006.

2 |     The defense filed its moving papers on June 8, 2006.  Before the government filed its opposition, the parties came to an agreement to resolve the case by the defendant pleading guilty to the indictment.   The parties' proposed plea agreement is drafted and has been submitted to the Court under cover letter dated July 3, 2006.

    In a separate document, the parties have respectfully requested that, in light of the proposed disposition, the Court vacate July 27, 2006 as a hearing on the defense motion and instead set that date for a change of plea.

    By the present pleading, the parties stipulate that time be excluded from July 3, 2006 through July 27, 2006 on the basis that a proposed plea agreement is under consideration by the Court.

    The parties respectively request the Court enter the following order:

    Based on the forgoing, the Court orders that the from July 3, 2006 through July 27, 2006 be excluded from calculations under the Speedy Trial Act resulting from the consideration by this Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government on July 27, 2006.   This order is entered pursuant to 18 U.S.C. § 3161(h) (1)(I).

**SO STIPULATED**:

DATED:___7/3/06_____                          /S/
                                                  GEOFFREY HANSEN
                                                  Assistant Federal Public Defender

DATED:__7/3/06_____                          /S/
                                                  GREGG W. LOWDER
                                                  Assistant United States Attorney

**IT IS SO ORDERED**.

DATED: July 5, 2006                                 *[signature]*
                                           JEFFREY S. WHITE
                                           United States District Judge