# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                                      )<br>)<br>Leonardo V. Henderson        )<br>) | Docket Number: CR 05-00609-1 JSW |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ____October 26, 2006____ be continued until ____December 7, 2006____ at ____2:30 p.m.____ .

Date: _____

Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04